UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DANYELL ROBERTS,

   Petitioner,

v.                                              Case No. 5:22cv129-TKW-MAL

WARDEN PIESTRO,
FCI MARIANNA,

   Respondent.

_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 15). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determinations that the only proper respondent is the warden of the facility where Petitioner is being held and that this case should be dismissed for failure to exhaust administrative remedies (as to Ground One) and lack of jurisdiction (as to Ground Two). Accordingly, it is **ORDERED** that

   1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The Clerk shall terminate Respondents Miles, Lewis and Mendez as parties in CM/ECF.

3. Respondent's motion to dismiss (Doc. 13) is **GRANTED**, and the amended petition for writ of habeas corpus (Doc. 4) is **DISMISSED**.

4. The Clerk shall enter judgment in accordance with this Order and then close the case.

**DONE and ORDERED** this 4th day of January, 2023.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**